IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

H.L.,
INDIVIDUALLY AND AS AND ON BEHALF
OF AND AS PARENT AND NATURAL
GUARDIAN OF K.L.,

   Plaintiff,        06cv0284

  v.            **ELECTRONICALLY FILED**

WESTMORELAND COUNTY, ET AL.,

   Defendants.


**<u>Order of Court</u>**

   And now, this 28th day of December, 2006, for the reasons set forth in the foregoing

memorandum opinion, IT IS HEREBY ORDERED that:


(1)  Defendants' motion for summary judgment (doc. no. 31) is GRANTED;

(2)  Judgment is hereby entered in favor of defendants and against plaintiff; and,

(3)  The Clerk of Court shall mark the docket CLOSED.


        s/Arthur J. Schwab     
        Arthur J. Schwab
        United States District Judge


cc:  All counsel of record